WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
ldragon@wrightlegal.net

*Attorneys for Plaintiff, Wilmington Trust, National Association, Not In Its Individual Capacity But As Trustee Of ARLP Securitization Trust, Series 2014-2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2014-2,<br><br>Plaintiff,<br>vs.<br><br>STEWART INFORMATION SERVICES CORP.; STEWART TITLE GUARANTY COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01880-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO STEWART INFORMATION SERVICES CORP.'S MOTION TO DISMISS [ECF No. 5]**<br><br>**[Second Request]** |

COMES NOW Plaintiff, Wilmington Trust, National Association, Not In Its Individual Capacity But as Trustee of ARLP Securitization Trust, Series 2014-2 ("Wilmington Trust") and Defendant Stewart Information Services Corp. ("SISC"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On September 14, 2021, Wilmington Trust filed its Complaint in Eighth Judicial District Court, Case No. A-21-840990-C [ECF No. 1-1];
2. On October 12, 2021, Defendants filed a Petition for Removal to this Court [ECF No. 1];
3. On October 12, 2021, SISC filed its Motion to Dismiss for lack of personal jurisdiction [ECF No. 5];

4. Wilmington Trust's deadline to respond to SISC's Motion to Dismiss is currently November 3, 2021 [ECF No. 8];

5. Wilmington Trust is requesting a brief extension until Wednesday, November 10, 2021, to file its response to the Motion to Dismiss;

6. The Parties previously discussed a stipulation to stay this case in its entirety, but on November 2, 2021, the Parties agreed to a partial stay pending SISC's Motion to Dismiss and Wilmington Trust's Motion for Remand. [ECF No. 10]. Because briefing on SISC's Motion to Dismiss will proceed, Wilmington Trust is requesting additional time to respond to the points and authorities in SISC's Motion;

7. Counsel for SISC does not oppose the requested extension;

8. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 3rd day of November, 2021.<br>WRIGHT, FINLAY & ZAK, LLP | DATED this 3rd day of November, 2021.<br>MAURICE WOOD |
| */s/ Lindsay D. Dragon*<br>Lindsay D. Dragon, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Wilmington Trust, National Association, Not In Its Individual Capacity But As Trustee Of ARLP Securitization Trust, Series 2014-2* | */s/ Brittany Wood*<br>Brittany Wood, Esq.<br>Nevada Bar No. 7562<br>8250 West Charleston Blvd., Suite 100<br>Las Vegas, Nevada 89117<br>*Attorney for Defendants Stewart Information Services Corp. and Stewart Title Guaranty Company* |

**IT IS SO ORDERED.**

DATED this __3rd__ day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE