AARON R. MAURICE, ESQ.
Nevada Bar No. 6412
BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
ELIZABETH E. ARONSON, ESQ.
Nevada Bar No. 14472
**MAURICE WOOD**
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
Telephone:  (702) 463-7616
Facsimile:  (702) 463-6224
E-Mail:   amaurice@mauricewood.com
               bwood@mauricewood.com
               earonson@mauricewood.com

Attorneys for Defendants,
STEWART TITLE GUARANTY COMPANY and
STEWART INFORMATION SERVICES CORPORATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2014-2, <br><br>Plaintiff, <br><br>vs. <br><br>STEWART INFORMATION SERVICES, CORP.; STEWART TITLE GUARANTY COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive, <br><br>Defendants. | CASE NO. 2:21-cv-01880-APG-VCF <br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO FILE RESPONSE TO MOTION TO REMAND [ECF No. 10]** <br><br>**[First Request]** |

Defendants Stewart Title Guaranty Company ("STGC") and Stewart Information Services Corporation ("SISC") (collectively, "Defendants"), by and through their attorneys of record, the law firm of MAURICE WOOD, and Plaintiff Wilmington Trust, National Association, not in its Individual Capacity but as Trustee of ARLP Securitization Trust, Series 2014-2 ("Plaintiff"), by and through its counsel of record, WRIGHT FINLAY & ZAK, hereby stipulate and agree as follows:

1.    On September 14, 2021, Plaintiff filed its Complaint in the Eighth Judicial District Court, Case No. Case No. A-21-831193-C. <u>See</u> ECF No. 1-1.

2.    On October 12, 2021, Defendants filed a Petition for Removal with this Court, based upon diversity jurisdiction. <u>See</u> ECF No. 1.

3.    On October 12, 2021, SISC filed a Motion to Dismiss for Lack of Personal Jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2). <u>See</u> ECF No. 5.

4.    The Parties previously discussed a stipulation to stay this case in its entirety, but on November 1, 2021, the Parties agreed to a partial stay pending SISC's Motion to Dismiss and Plaintiff's forthcoming Motion for Remand. Because briefing on Plaintiff's Motion to Remand will proceed, Defendants are requesting additional time to file their response to Plaintiff's Motion.

5.    On November 2, 2021, Plaintiff filed its Motion to Remand. <u>See</u> ECF No. 10.

6.    On November 3, 2021, Plaintiff filed a Stipulation and Order, requesting that Plaintiff's deadline to respond to SISC's Motion to Dismiss be extended to November 10, 2021, which SISC did not oppose. <u>See</u> ECF No. 12.

7.    Defendants' deadline to respond to Plaintiff's Motion to Remand is currently November 16, 2021. <u>See</u> ECF No. 10.

8.    Because SISC's Motion to Dismiss was filed first, SISC believes that SISC's Motion should be fully briefed prior to Plaintiff's Motion to Remand.

9.    Accordingly, Defendants request a brief extension of two weeks from the current deadline, until November 30, 2021, to file its Response to Plaintiff's Motion to Remand.

10.    Counsel for Plaintiff does not oppose the requested extension.

///
///
///
///
///
///
///

11. This is the first request for an extension which is brought in good faith and not for purposes of delay.

DATED this 8th day of November, 2021.

**MAURICE WOOD**

By: /s/ *Elizabeth E. Aronson*
AARON R. MAURICE, ESQ.
Nevada Bar No. 006412
BRITTANY WOOD, ESQ.
Nevada Bar No. 007562
ELIZABETH E. ARONSON, ESQ.
Nevada Bar No. 014472
8250 West Charleston Blvd., Suite 100
Las Vegas, Nevada 89117
*Attorneys for Defendants*

DATED this 8th day of November, 2021.

**WRIGHT FINLAY & ZAK, LLP**

By:/s/ *Lindsay D. Dragon*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
LINDSAY D. DRAGON, ESQ.
Nevada Bar No. 13474
CHRISTINA V. MILLER, ESQ.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
LAS VEGAS, NV 89117
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: November 10, 2021