WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Wilmington Trust, National Association, Not In Its Individual Capacity But As Trustee Of ARLP Securitization Trust, Series 2014-2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP SECURITIZATION TRUST, SERIES 2014-2,<br><br>Plaintiff,<br>vs.<br><br>STEWART INFORMATION SERVICES CORP.; STEWART TITLE GUARANTY COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01880-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO DEFENDANTS' OPPOSITION TO MOTION TO REMAND [ECF No. 20]**<br><br>**[First Request]** |

COMES NOW Plaintiff, Wilmington Trust, National Association, Not In Its Individual Capacity But as Trustee of ARLP Securitization Trust, Series 2014-2 ("Wilmington Trust") and Defendants Stewart Information Services Corp. and Title Stewart Guaranty Company ("Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On September 14, 2021, Wilmington Trust filed its Complaint in Eighth Judicial District Court, Case No. A-21-840990-C [ECF No. 1-1];

2. On October 12, 2021, Defendants filed a Petition for Removal to this Court [ECF No. 1];

3. On November 2, 2021, Wilmington Trust filed its Motion for Remand [ECF No. 10];

4. On November 30, 2021, Defendants filed their Opposition to the Motion for Remand [ECF No. 20];

5. Wilmington Trust's deadline to respond to the Opposition to the Motion for Remand is currently December 7, 2021;

6. Wilmington Trust is requesting a brief one-day extension until Wednesday, December 8, 2021, to file its response to the Opposition to the Motion for Remand;

7. Counsel for Wilmington Trust is experiencing technological issues which make it impossible for Wilmington Trust to file its Reply by the current deadline, but said issues should resolve by December 8, 2021;

8. Counsel for Defendants do not oppose the requested extension;

9. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 7th day of December, 2021.<br>WRIGHT, FINLAY & ZAK, LLP | DATED this 7th day of December, 2021.<br>MAURICE WOOD |
| /s/ Lindsay D. Dragon<br>Lindsay D. Dragon, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Wilmington Trust, National Association, Not In Its Individual Capacity But As Trustee Of ARLP Securitization Trust, Series 2014-2* | /s/ Elizabeth E. Aronson<br>Elizabeth E. Aronson, Esq.<br>Nevada Bar No. 14472<br>8250 West Charleston Blvd., Suite 100<br>Las Vegas, Nevada 89117<br>*Attorney for Defendants Stewart Information Services Corp. and Stewart Title Guaranty Company* |

**IT IS SO ORDERED.**

DATED this 8th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE
2:21-cv-01880-APG-VCF